ISADORE BRECHER, Appellant, *v.* 11 WEST 42ND STREET, INC., Respondent.*

Supreme Court, Appellate Term, First Department, December 21, 1928.

*Boskey, Schiller, Marvin & Serling* [*Saul B. Miners* of counsel], for the appellant.

*Bond & Babson* [*Wm. Arthur Babson* of counsel], for the respondent.

PER CURIAM. *Wall* v. *Hess* (232 N. Y. 472) and subsequent authorities relied upon by respondent are inapplicable. A landlord

is not privileged to end the tenant's term by the exercise of an option and at the same time charge him with obligations consistent only with the continuance of the term.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

All concur; present, BIJUR, LEVY and CRAIN, JJ.